IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

ADT SECURITY SERVICES, INC., :
a Delaware Corporation :
1 Town Center Road :
Boca Raton, Florida 33486 :
:
    Plaintiff, :
:
v. : Case No. 09-cv-02208
:
GRANT FITHS a/k/a KERRY SNELL :
508 W. 800 North :
Orem, Utah 84057 :
:
And :
:
KERRY SNELL a/k/a GRANT FITHS :
508 W. 800 North :
Orem, Utah 84057 :
:
    Defendants. :

## STIPULATED PERMANENT INJUNCTION

AND NOW, this 25th day of September, 2009, pursuant to the Settlement Agreement entered into by and between Plaintiff ADT Security Services, Inc. ("ADT"), and Defendant Kerry Grant Snell ("SNELL") (collectively, the "Parties"), and upon consideration of the Parties' consent to the entry of this Stipulated Permanent Injunction, it is hereby ORDERED and DECREED that a Permanent Injunction shall issue on the following terms:

  1.   SNELL, his agents, servants, employees, officers, attorneys, successors, and assigns, and all persons aiding and abetting, acting in concert or conspiracy with Defendant or on his behalf, by any means, including but not limited to door to door solicitation, telephone calls, faxes, electronic mail messages, or any other means of communication, are PERMANENTLY

ENJOINED from:

    (1) making any false or misleading statements about ADT concerning any relationship between ADT and Vision Security LLC or the status of ADT;

    (2) making any false or misleading statement or a statement that is likely to or intended to confuse an ADT Customer or Potential Customer regarding the function, performance, capabilities, specifications, features, requirements, reliability, availability, origin, sponsorship, approval, or design of any ADT equipment, alarm systems, or services or misrepresent to any ADT Customer or Potential Customer that such Customer's security system or ADT's services are deficient in any way;

    (3) making any false or misleading statement or a statement about ADT concerning the opinions of local law enforcement (or other third parties) as to the quality of ADT's goods and services;

    (4) making any false or misleading statement or a statement that is likely to or intended to confuse an ADT Customer or Potential Customer into believing that ADT no longer is doing business or has curtailed its services in any manner; and/or

    (5) making any false or misleading statement or a statement that is likely to or intended to confuse an ADT Customer or Potential Customer into believing that ADT was purchased, merged with, associated with, sponsored by, connected to, affiliated with or related to any company, including but not limited to, Vision Security LLC.

2. This action shall be dismissed without prejudice upon entry of this Order, but the Court will retain jurisdiction to enforce the terms of this Order and the Settlement Agreement.

_____
Kerry Grant Snell
1128 Country Park Cove
South Jordan, Utah 84095

*Defendant*

_____
Darwin Fisher, Esq.
40 North 300 East, #101
St. George, Utah 84770-2900
Phone: 435.688.1170
Fax: 435.688.8764

*Counsel for Defendant*
*Kerry Grant Snell*

_____
Dennis A. Berg, Esq. (State Bar No. 6200885)
Pipal & Berg, LLP
150 South Wacker Drive, Suite 2650
Chicago, Illinois 60606
Telephone: 312.364.0080
Fax: 312.364.0088
dberg@pipalberg.com

M. Kelly Tillery
Elizabeth S. Campbell
  Christopher D. Olszyk, Jr.
  PEPPER HAMILTON LLP
  3000 Two Logan Square
  Eighteenth and Arch Streets
  Philadelphia, PA 19103
  Phone: 215.981.4000
  email: tilleryk@pepperlaw.com
          campbele@pepperlaw.com
          olszykc@pepperlaw.com

*Counsel for Plaintiff*

**SO ORDERED:**


_____
s/ Harold A. Baker
Hon. Harold A. Baker, U.S.D.J.

3